UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>                              Plaintiff,<br><br>     v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company, IRONSTONE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation, ALESSI & KOENIG, LLC, a Nevada limited-liability company ,<br><br>                              Defendant. | Case No. 3:15-cv-00240-MMD-VPC<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff Wells Fargo Bank, N.A. has drawn into question the constitutionality of NRS § 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 8th day of June 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE