# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | 3:15-CV-0240-MMD-CBC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | October 2, 2018 |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE CARLA BALDWIN CARRY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Steven Lozzi, Jr., Esq.'s motion to withdraw as counsel of record for Alessi & Koenig, LLC (ECF No. 109/110) is **DENIED without prejudice.** Mr. Lozzi may refile this motion upon obtaining and providing evidence of a lift stay order from the Bankruptcy Court for the specific purpose of withdrawing as counsel.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk