DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL1, LLC a Nevada limited liability company, IRONSTONE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 3:15-cv-00240-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SFR INVESTMENTS POOL 1, LLC TO FILE A REPLY IN SUPPORT OF ITS THIRD RENEWED MOTION FOR SUMMARY JUDGMENT [ECF No. 116]**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; MARTHA VAZQUEZDEPEREZ, an individual,<br><br>Counter-Defendant/Cross-Defendant. | |

IT IS HEREBY STIPULATED between Wells Fargo Bank, N.A. ("Wells Fargo") and SFR Investments Pool 1, LLC ("SFR"), by and through their undersigned attorneys, to extend the deadline for SFR to file its reply in support of its third renewed motion for summary judgment [ECF No. 116] from Tuesday, October 9, 2018 to Thursday, October 11, 2018. SFR requested the

- 1 -

extension due to a personal emergency that did not allow counsel to complete its reply brief. The other parties graciously agreed to an extension.

This is SFR's first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 9th_ day of October, 2018.                    DATED this _9th__ day of October, 2018.

**KIM GILBERT EBRON**                                     **SNELL & WILMER, LLP**

*/s/Diana S. Ebron*                                       */s/Wayne Klomp*
Diana S. Ebron, Esq.                                      Amy F. Sorenson, Esq.
Nevada Bar No. 10580                                      Nevada Bar No. 12495
Jacqueline A. Gilbert, Esq.                               Andrew M. Jacobs, Esq.
Nevada Bar No. 10593                                      Nevada Bar No. 12787
7625 Dean Martin Road, Suite 110                          Wayne Klomp, Esq.
Las Vegas, Nevada 89139                                   Nevada Bar No. 10109
*Attorneys for SFR Investments Pool 1, LLC*               50 West Liberty Street, Suite 510
                                                          Reno, Nevada 89501-1961
                                                          *Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  __10/10/2018_____