Case 3:15-cv-00240-MMD-CBC   Document 137   Filed 03/22/19   Page 1 of 14

Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Phone: 702-228-7590 / Facsimile:  702-892-0122
E-Mail:bkfilings@s-mlaw.com

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee
of the Alessi & Koenig, LLC Bankruptcy Estate*



FILED / ENTERED
APR 2 2 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; IRONSTONE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company<br><br>Counter-Claimant,<br><br>Vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; MARTHA VAZQUEZ-DEPEREZ, an individual,<br><br>Counter-Defendant,<br>Cross-Defendant | Case No.: 3:15-cv-00240-MMD-CBC<br><br>ORDER<br><br>NOTICE OF BANKRUPTCY FILING AND REQUEST TO BE REMOVED FROM CM/ECF LIST |

**PLEASE TAKE NOTICE** that on December 13, 2016, Alessi & Koenig, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada ("Bankruptcy Court"), Case No. BK-S-16-16593-ABL (the "Bankruptcy Case"). Pursuant to 11 U.S.C. § 362(a), the filing of a bankruptcy petition operates as a stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor. . . ."

In the Debtor's Bankruptcy Case, the automatic stay under 11 U.S.C. § 362 was terminated for all purposes, with the exception that collection of a judgment obtained against the Debtor may only be pursued against the Debtor in the United States Bankruptcy Court for the District of Nevada, BK-S-16-16593-ABL.   See attached **Exhibit 1**.

In general, the automatic stay was terminated because the pending litigation and participation in the litigation would not provide benefit to the Debtor's bankruptcy estate.  As a result, the Trustee and her counsel will not be participating in any matter in which the Debtor is a party, and the parties may proceed against the Debtor if in accordance with the order attached hereto as **Exhibit 1**.

In addition, because the Trustee and her counsel will not be participating in any matter which the Debtor is a party, the Trustee and her counsel request that they be removed from both the Court's CM/ECF and mailing service list with respect to the above referenced action.

Dated:   March 22, 2019.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV  89146

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee of the Alessi & Koenig, LLC Bankruptcy Estate*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 4/22/2019