Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ajacobs@swlaw.com
       kdove@swlaw.com
       hcheong@swlaw.com
*Attorneys for Plaintiff and Counter-Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; IRONSTONE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>　　　　　　　Defendants.<br><br>AND ALL RELATED CASES | Case No.: 3:15-cv-00240-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT IRONSTONE HOMEOWNERS' ASSOCIATION WITHOUT PREJUDICE** |

Wells Fargo Bank, N.A. and Ironstone Homeowners' Association (the "Parties") hereby stipulate, by and through their respective counsel, that all claims in this action between the Parties will be dismissed without prejudice.

///

///

///

4817-4949-8042

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 11th day of May, 2020.  DATED this 11th day of May, 2020.

SNELL & WILMER L.L.P.  LIPSON NEILSON

By: ___/s/ Holly E. Cheong___  By: ___/s/ Amber M. Williams___
    Andrew M. Jacobs, Esq.      Joseph P. Garin, Esq.
    Nevada Bar No. 12797      Nevada Bar No. 6653
    Kelly H. Dove, Esq.      Kaleb D. Anderson, Esq.
    Nevada Bar No. 10569      Nevada Bar No. 7582
    Holly E. Cheong, Esq.      Amber M. Williams, Esq.
    Nevada Bar No. 11936      Nevada Bar No. 12301
    3883 Howard Hughes Pkwy, Suite 1100      9900 Covington Cross Drive, Suite 120
    Las Vegas, NV 89169      Las Vegas, Nevada 89144
    Telephone: (702) 784-5200      Telephone: (702) 382-1500
    Facsimile: (702) 784-5252      Facsimile: (702) 382-1512
    *Attorneys for Wells Fargo Bank, N.A.*      *Attorneys for Ironstone Homeowners' Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __May 11, 2020__

- 2 -

4817-4949-8042

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT IRONSTONE HOMEOWNERS' ASSOCIATION WITHOUT PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
diana@kgelelgal.com
jackie@kgelegal.com
karen@kgelegal.com
*Attorneys for SFR Investments Pool 1, LLC*

Kaleb D. Anderson, Esq.
Amber M. Williams, Esq.
Lipson Neilson
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
NVECF@lipsonneilson.com
kanderson@lipsonneilson.com
awilliams@lipsonneilson.com
*Attorneys for Ironstone Homeowners' Association*

Steven T. Loizzi, Esq.
Alessi & Koenig, LLC
9500 W Flamingo Rd., Ste. 205
Las Vegas, NV 89147
steve@alessikoenig.com
*Attorneys for Alessi & Koenig, LLC*

DATED: May 11, 2020

                                        */s/ Maricris Williams*
                                        An Employee of Snell & Wilmer L.L.P.