Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ajacobs@swlaw.com
       kdove@swlaw.com
       hcheong@swlaw.com
*Attorneys for Plaintiff and Counter-Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association; <br><br> Plaintiff, <br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; IRONSTONE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; <br><br> Defendants. <br><br> AND ALL RELATED CASES | Case No.: 3:15-cv-00240-MMD-CLB <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANT AND COUNTERCLAIMANT SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE** |

Wells Fargo Bank, N.A. ("Plaintiff") and SFR Investments Pool 1, LLC ("SFR") the "Parties") hereby stipulate, by and through their respective counsel, that all claims in this action between the Parties will be dismissed with prejudice.

///

///

///

4833-6758-1626

The $500.00 bond on appeal posted by Plaintiff, and any accrued interest, shall be returned by the Clerk of the Court to "Wells Fargo Bank, N.A. c/o Snell & Wilmer, L.L.P.," 3833 Howard Hughes Parkway, Suite 1100, Las Vegas, Nevada 89169 upon entry of the Order granting this stipulation.

Nothing in this Stipulation is intended to or should be construed to affect SFR's existing claims, or judgments against any other party to this action.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 11th day of May, 2020.                    DATED this 11th day of May, 2020.

SNELL & WILMER L.L.P.                                KIM GILBERT EBRON

By: */s/ Holly E. Cheong*                            By: */s/ Jacqueline A. Gilbert*
   Andrew M. Jacobs, Esq.                                Diana S. Ebron, Esq.
   Nevada Bar No. 12797                                  Nevada Bar No. 10580
   Kelly H. Dove, Esq.                                   Jacqueline A. Gilbert, Esq.
   Nevada Bar No. 10569                                  Nevada Bar No. 10593
   Holly E. Cheong, Esq.                                 Karen L. Hanks, Esq.
   Nevada Bar No. 11936                                  Nevada Bar No. 9578
   3883 Howard Hughes Pkwy, Suite 1100                   7625 Dean Martin Drive, Suite 110
   Las Vegas, NV 89169                                   Las Vegas, NV 89139
   Telephone: (702) 784-5200                             Telephone: (702) 485-3300
   Facsimile: (702) 784-5252                             Facsimile: (702) 485-3301
   *Attorneys for Wells Fargo Bank, N.A.*                *Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   May 11, 2020

- 2 -

4833-6758-1626

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT AND COUNTERCLAIMANT SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
diana@kgelelgal.com
jackie@kgelegal.com
karen@kgelegal.com
*Attorneys for SFR Investments Pool 1, LLC*

Kaleb D. Anderson, Esq.
Amber M. Williams, Esq.
Lipson Neilson
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
NVECF@lipsonneilson.com
kanderson@lipsonneilson.com
awilliams@lipsonneilson.com
*Attorneys for Ironstone Homeowners' Association*

Steven T. Loizzi, Esq.
Alessi & Koenig, LLC
9500 W Flamingo Rd., Ste. 205
Las Vegas, NV 89147
steve@alessikoenig.com
*Attorneys for Alessi & Koenig, LLC*

DATED: May 11, 2020

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.